# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF OKLAHOMA

ANDREA LODES,
      Plaintiff(s)

vs.             Case Number: CIV-21-241-JD

LIFETIME FITNESS, INC., et al.,
      Defendant(s)

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed.R.Civ.P. 7.1., which states:

> A nongovernmental corporate party to an action or proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

_____Lifetime Fitness, Inc. (properly named Life Time, Inc.)_____
[name of party]

who is a (check one)  ☐ PLAINTIFF   ☑ DEFENDANT   in this action, makes the following disclosure:

1. **Is party a publicly held corporation or other publicly held entity?**
   (Check one)  ☐ YES   ☑ NO

2. **Does party have any parent corporations?**
   (Check one)  ☑ YES   ☐ NO

   If YES, identify all parent corporations, including grandparent and great-grandparent corporations:
   LTF Intermediate Holdings

3. **Is 10% or more of the stock of party owned by a publicly held corporation or other publicly held entity?**
   (Check one)  ☐ YES   ☑ NO

   If YES, identify all such owners:

4. **Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?**

    (Check one)   ☐ YES   ☒ NO

If YES, identify entity and nature of interest:

5. **Is party a trade association?**

    (Check one)   ☐ YES   ☒ NO

If YES, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock:

**DATED** this 29th day of March, 2021.

| | |
|---|---|
| s/ Andre' B. Caldwell | |
| Signature | |
| Andre' B. Caldwell | 22092 |
| Printed Name | Bar Number |
| Ogletree, Deakins, Nash, Smoak & Stewart, P.C. | |
| Firm Name | |
| 621 N. Robinson Ave., Ste. 400 | |
| Address | |
| Oklahoma City | OK   73102 |
| City | State   ZIP |
| (405) 546-3774 | (405) 546-3775 |
| Phone | Fax |
| andre.caldwell@ogletree.com | |
| Email Address | |

## CERTIFICATE OF SERVICE

I hereby certify that on  03/29/2021  (Date), I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants (names only are sufficient):

Mark E. Hammons
Amber L. Hurst
Brandon D. Roberts

I hereby certify that on _____ (Date), I served the same document by

☐ U.S. Postal Service    ☐ In Person Delivery
☐ Courier Service        ☐ E-Mail

on the following, who are not registered participants of the ECF system:

Name(s) and Address(es):

S/Andre' B. Caldwell
Signature