**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

ANDREA LODES,

      Plaintiff,

vs.

Case No. CIV-21-241-JD

LIFETIME FITNESS, INC., and
LTF CLUB MANAGEMENT
COMPANY, LLC, a/k/a LT CLUB
MANAGEMENT, LLC,

      Defendants.

## DEFENDANT LTF CLUB MANAGEMENT COMPANY, LLC'S AMENDED DISCLOSURE STATEMENT IDENTIFYING CONSTITUENTS OF LLC

In accordance with Local Civil Rule 7.1.1, Defendant LTF Club Management Company, LLC ("LTF") hereby submits its Amended Disclosure Statement Identifying Constituents of LLC and states as follows:

1.      In relevant part, Local Civil Rule 7.1.1 provides that "[a] party formed as a limited liability company ('LLC') or partnership shall … file a separate 'Disclosure Statement Identifying Constituents of LLC or Partnership,' identifying the LLC's members or the partnerships partners, as applicable."

2.      LTF's sole member is LTF Operations Holdings, Inc, a Minnesota corporation.

3.      LTF Operations Holdings, Inc's principal place of business is Minnesota.

4.      LTF Operations Holdings, Inc., the sole member of LTF, is not a citizen of Plaintiff's state of citizenship.

Respectfully submitted,


/s/ André B. Caldwell
André B. Caldwell, OBA #22092
OGLETREE, DEAKINS, NASH, SMOAK &
    STEWART, P.C.
The Heritage Building
621 N. Robinson Ave., Ste.400
Oklahoma City, OK  73102
Telephone:  (405) 546-3772
Facsimile:  (405) 546-3775
andre.caldwell@ogletree.com

and

Jana S. Baker (admitted *pro hac vice*)
Texas Bar No. 00794610
Matthew P. Gizzo (admitted *pro hac vice*)
Texas Bar No. 24117188
OGLETREE, DEAKINS, NASH, SMOAK &
    STEWART, P.C.
Preston Commons West
8117 Preston Road, Suite 500
Dallas, TX  75225
Telephone:  (214) 987-3800
Facsimile:  (214) 987-3927
jana.baker@ogletreedeakins.com
matthew.gizzo@ogletreedeakins.com
**Attorneys for Defendants**

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of April 2021, I electronically transmitted the foregoing to the Clerk of Court using the ECF system for electronic filing. The Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Mark Hammons
Amber L. Hurst
Brandon D. Roberts
HAMMONS, HURST & ASSOC.
325 Dean A. McGee Ave.
Oklahoma City, OK  73102
amber@hammonslaw.com
brandon@hammonslaw.com
***Attorneys for Plaintiff***

/s/ André B. Caldwell
André B. Caldwell

46657031.1

3