IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ANDREA LODES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CIV-21-00241-JD |
| | ) |
| LIFE TIME, INC., and LTF CLUB | ) |
| MANAGEMENT COMPANY, LLC, a/k/a | ) |
| LT CLUB MANAGEMENT, LLC, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Before the Court is Plaintiff's Unopposed Application to Correct Misnomer ("Motion"). [Doc. No. 22]. Under Federal Rule of Civil Procedure 17, the Court GRANTS the Motion.

Life Time, Inc. is now substituted for Lifetime Fitness, Inc., as a defendant in this action. The Court DIRECTS the Clerk of this Court to update the case docket to reflect that Life Time, Inc. is substituted for Lifetime Fitness, Inc. Following this Order, all captions for all filings going forward should reflect **Life Time, Inc.** instead of Lifetime Fitness, Inc.

IT IS SO ORDERED this 2nd day of July 2021.

JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE