IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ANDREA LODES, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LIFE TIME, INC., and LTF CLUB )<br>MANAGEMENT COMPANY, LLC, a/k/a )<br>LT CLUB MANAGEMENT, LLC, )<br>)<br>Defendants. ) | Case No. CIV-21-00241-JD |

**AMENDED ADMINISTRATIVE CLOSING ORDER**

Before the Court is Plaintiff's Unopposed Application to Enlarge Administrative Deadline by One (1) Month ("Motion"). [Doc. No. 25]. The Motion requests that the Court enlarge the administrative closing deadline by one month. For good cause shown, the Court **GRANTS** the Motion.

It is **ORDERED** that the Clerk keep this action administratively terminated in her records unless a party moves to reopen or extend this proceeding by **October 18, 2021**. If the parties have not reopened this case by **October 18, 2021**, all claims between the parties shall be deemed to be dismissed with prejudice, and this Order shall become a final judgment that satisfies the separate-document requirement for purposes of Fed. R. Civ. P. 58(a). *See Morris v. City of Hobart*, 39 F.3d 1105, 1109–10 (10th Cir. 1994).

Entered this 16th day of September 2021.

JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE